# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TERRY L. ROSS,                                                                   PLAINTIFF
ADC #139804

v.                         4:19CV00168-JM-JTK

WOLCOX, et al.                                                 DEFENDANTS

## ORDER

The Court finds that the interests of justice are best served by transferring this case to the United States District Court for the Western District of Arkansas. Venue would be proper in the Western District, where Defendants are located and the events complained of allegedly occurred. See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas, Texarkana Division, United States Courthouse and Post Office, 500 North State Line Ave., Room 302, Texarkana, AR 71854-5961.

IT IS SO ORDERED this 7th day of March, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.